UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RICHARD ALLEN LORY,

Petitioner,

v.

LOU STENDER, Warden,
SHERYL RAMSTAD-HVASS,
Commissioner of Corrections, and
MINNESOTA DEPARTMENT OF
CORRECTIONS,

Respondents.

Civil No. 00-21 (JRT/FLN)

**ORDER DIRECTING RESPONDENT TO SHOW CAUSE WHY WRIT SHOULD NOT BE GRANTED**

Petitioner has filed a petition for a writ of *habeas corpus* claiming that he is being unlawfully incarcerated at the Minnesota Correctional Facility, Willow River-Moose Lake, Minnesota.

Respondents are directed to make a return in writing within 20 days from the date of this order, certifying the true cause of Petitioner's detention and showing cause why the writ should not be granted.

The return shall be filed with the Court and shall include:

1. Such affidavits and exhibits as are needed to establish the lawfulness of Petitioner's incarceration;

2. A reasoned memorandum of law and fact fully stating Respondents' legal position and Respondents' recommendation as to the need for this Court to conduct an evidentiary hearing on the merits of the petition in the light of the requirements of the statutes and other pertinent authority;

FILED JAN 07 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

3. A certified copy of such of the following as may be material to the issues raised by the petition: the Indictment, the plea, the judgment, the trial record, or, if Petitioner pleaded guilty, a transcript of the proceedings at which he pleaded guilty.

Absent compliance with this order within the 20 day time period, the Court will entertain a motion to grant the relief prayed for in said petition.

Petitioner has also filed an "Application to Proceed Without Prepayment of Fees and Affidavit" seeking in forma pauperis ("IFP") status pursuant to 28 U.S.C. § 1915(a). (Docket Nos. 2 and 4.) However, Petitioner has already paid the full filing fee in this case, and he has not identified any other costs that he will be required to bear in connection with this matter. Petitioner's IFP application will therefore be denied as moot.

Based on the foregoing, and on all of the premises and proceedings of record, IT IS HEREBY ORDERED that:

1. Respondents are directed to file a return as described herein, within 20 days after the date of this order; and

2. Petitioner's IFP Application (Docket Nos. 2 and 4) is DENIED AS MOOT.

Dated: January 6, 2000

FRANKLIN L. NOEL
Chief Magistrate Judge