# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Richard Allen Lory

Case No. Civil 00-21JRT/FLN

v.

**JUDGMENT IN A CIVIL CASE**

Lou Stender, Warden, Sheryl Ramstad-Hvass,
Commission of Corrections and Minnesota
Department of Corrections

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that petitioner's petition for writ of habeas corpus is **DISMISSED WITH PREJUDICE.**

DATE: October 31, 2001

RICHARD D. SLETTEN, CLERK

______________________________

Denise La Fond, Deputy Clerk